FILED
ASHEVILLE, N.C.
NOV 16 2015
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE MATTER OF THE COMPLAINT ) NO. 1:15mj132
AGAINST MARK KLEIN )
)
)
)
)
)
)

## ORDER SEALING COMPLAINT AND AFFIDAVIT

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, the Affidavit, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Complaint Affidavit, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 16th of November, 2015.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA